IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

NO. 3:20-cr-00621

SHERMAN ROBERTS

WAIVER OF JURY TRIAL

I, Sherman Roberts, the above named defendant, hereby waive my right to a jury trial pursuant to Rule 23 of the Federal Rules of Criminal Procedure, and agree that the case will be tried to the Court. I further understand that this waiver is effective only with the consent of the government approval of the Court.

_____   1/29/24
SHERMAN ROBERTS            DATE

_____   1/29/24
WILLIAM D. COX III          DATE

The government hereby consents to the waiver of a jury.

_____   April 22, 2024
DONNA MAX                   DATE
ASSSITANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.   NO. 3:20-cr-00621

SHERMAN ROBERTS

## ORDER

The Court, having considered Defendant's Motion for Waiver of Jury Trial of Defendant Sherman Roberts in the above styled and numbered cause, is of the opinion that the same should be and herein is:

_____ **GRANTED.**

_____ **DENIED.**

**SO ORDERED** this the _____ day of _____, 202\_\_\_.

_____
JUDGE ED KINKEADE