**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § § | **NO. 3:20-CR-00621-K-1** |
| **SHERMAN ROBERTS (1)** | § | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:**

Defendant, SHERMAN ROBERTS ("Roberts"), respectfully requests that the Court continue the sentencing date and extend pretrial deadlines from the current date of September 17, 2025 and in support would show as follows:

**I.**

Undersigned counsel was recently retained and substituted in as defense counsel. This request to continue the sentencing date of next Wednesday, September 17, 2025, will allow undersigned counsel to thoroughly review the voluminous discovery in this matter as well as prior counsel's file and notes. Said additional time will also serve to provide Mr. Roberts effective assistance of counsel.

**II.**

Counsel for the Government, has indicated to counsel that he does not oppose this request for a continuance.

**III.**

Counsel respectfully requests that this Court grant this Motion to extend the time until some future time in 2025, in the interest of fairness and justice.

This continuance is not sought for delay, but to insure that justice is done.

Respectfully submitted,

/s/Michael P. Heiskell
Michael P. Heiskell
State Bar No. 09383700
**JOHNSON, VAUGHN, & HEISKELL**
500 W. 7th Street, Suite 700
Fort Worth, Texas 76102
(817) 457-2999
(817) 496-1102 facsimile
E-mail: mheiskell@johnson-vaughn-heiskell.com or
firm@johnson-vaughn-heiskell.com

/s/ Nate Washington
Natherral Jashont Washinton
Texas Bar No. 24042126
The Washington Firm
1000 Macon Street, Suite 300
Fort Worth, Texas 76102
Telephone: 817-339-1406
Facsimile: 817-339-1407
Email: njw@theWfirm.com

ATTORNEYS FOR THE DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

/s/ Michael P. Heiskell
Michael P. Heiskell

## CERTIFICATE OF CONFERENCE

This is to certify that I contacted AUSA, Chad Meachum regarding the foregoing and he is unopposed to said motion being granted.

/s/Michael P. Heiskell
Michael P. Heiskell