IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:20-CR-621-K <br> ECF |
| SHERMAN ROBERTS | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO RECUSE

The United States of America (the government) hereby opposes the defendant's motion to recuse, files this brief response to it, and requests that the Court deny it outright.

Roberts cites to no cases at all on this issue, or to an issue similar to it, or to any case that construes 28 U.S.C. § 455(a) so broadly. There is a complete absence in the record (or even claim by Roberts) of any interest whatsoever of the United States Magistrate in this matter– other than as fulfilling her duties as United States Magistrate Judge.

To the extent the defendant is arguing that he made statements to Judge Rutherford under oath that would undermine his motion to withdraw, that cannot be a basis for recusal. "[F]acts learned by a judge in his or her judicial capacity regarding the parties before the court, whether learned in the same or a related proceeding, cannot be the basis for disqualification." *United States v. Randall*, 44 F. App'x 283, 286 (5th Cir. 2011).

Given the absence of any evidence or even claim that the United States Magistrate Judge has "a personal bias or prejudice concerning a party, or personal knowledge of

Government's Response to Motion to Recuse – Page 1

disputed evidentiary facts[1] …" Judge Rutherford is perfectly situated to conduct the *Carr* factors balancing test as required by the law. Roberts' motion should be summarily denied.

                                        Respectfully submitted,

                                        NANCY E. LARSON
                                        ACTING UNITED STATES ATTORNEY

                                        /s/ Chad E. Meacham
                                        CHAD E. MEACHAM
                                        Assistant United States Attorney
                                        Texas State Bar No. 00784584
                                        1100 Commerce Street, Suite 300
                                        Dallas, Texas 75242
                                        Telephone: 214-659-8716
                                        E-mail: chad.meacham@usdoj.gov

---

[1] 28 U.S.C. § 455(a).

**Government's Response to Motion to Recuse – Page 2**