IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § NO. 3:20-CR-00621-K-1 |
| | § |
| SHERMAN ROBERTS (1) | § |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:**

Defendant, SHERMAN ROBERTS ("Roberts"), respectfully requests that the Court continue the sentencing date and extend pretrial deadlines from the current date of November 12, 2025 and in support would show as follows:

**I.**

Undersigned counsel filed a Motion to Withdraw Guilty Plea Prior to Sentencing and a hearing was conducted on October 10, 2025 before Magistrate Judge Rutherford. As of this writing, said motion has not been ruled upon. Deadlines for filings in advance of sentencing are upon us which is an additional reason for this request.

**II.**

Counsel for the Government, has indicated that he is unopposed to the filing of this motion.

**III.**

Counsel respectfully requests that this Court grant this Motion to extend the time until some *future time in 2026*, in the interest of fairness and justice.

This continuance is not sought for delay, but to insure that justice is done.

Respectfully submitted,

/s/Michael P. Heiskell
Michael P. Heiskell
State Bar No. 09383700
**JOHNSON, VAUGHN, & HEISKELL**
500 W. 7th Street, Suite 700
Fort Worth, Texas 76102
(817) 457-2999
(817) 496-1102 facsimile
E-mail: mheiskell@johnson-vaughn-heiskell.com or
firm@johnson-vaughn-heiskell.com

/s/ Nate Washington
Natherral Jashont Washington
Texas Bar No. 24042126
The Washington Firm
1000 Macon Street, Suite 300
Fort Worth, Texas 76102
Telephone: 817-339-1406
Facsimile: 817-339-1407
Email: njw@theWfirm.com

ATTORNEYS FOR THE DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2025, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

/s/ Michael P. Heiskell
Michael P. Heiskell

## **CERTIFICATE OF CONFERENCE**

This is to certify that I contacted AUSA, Chad Meacham regarding the foregoing and he is unopposed to said motion being granted.

/s/Michael P. Heiskell
Michael P. Heiskell